In the Matter of the Arbitration between SUN RUBBER COMPANY, Appellant, and NEW YORK CREDITMEN'S ADJUSTMENT BUREAU, INC., Respondent.

Argued March 10, 1952; decided April 17, 1952.

*Kenneth W. Greenawalt, Martin A. Schenck* and *John H. Barber* for appellant.

*George M. Aronwald* and *Abraham H. Geffner* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.